United States District Court
Southern District of Texas
**ENTERED**
June 05, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **LEYDI MORENA ANAYA MARTINEZ,** | § | |
| Petitioner, | § | |
| | § | |
| **V.** | § | CIVIL ACTION NO. 5:26-CV-00896 |
| | § | |
| **TODD BLANCHE,** *et al.*, | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, (Dkt. No. 1), and Respondents' Motion for Summary Judgment, (Dkt. No. 5).

The Court **ORDERS** Petitioner to file an advisory **by June 12, 2026**, regarding the status of Petitioner's detention and removal proceedings, and the effect of any change in circumstances on her claims.

It is so **ORDERED**.

**SIGNED** on June 5, 2026.

John A. Kazen
United States District Judge