United States District Court
Southern District of Texas
**ENTERED**
June 22, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| **LEYDI MORENA ANAYA MARTINEZ,** | § | |
| Petitioner, | § | |
| | § | |
| **V.** | § | CIVIL ACTION NO. 5:26-CV-00896 |
| | § | |
| **TODD BLANCHE,** *et al.*, | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, (Dkt. No. 1), and Respondents' Motion for Summary Judgment, (Dkt. No. 5).

The Court **ORDERS** Petitioner to file an advisory **by July 2, 2026**, advising the Court on whether Petitioner has filed an appeal to the Board of Immigration Appeals or her order of removal has become final.

It is so **ORDERED**.

**SIGNED** on June 22, 2026.

_____
John A. Kazen
United States District Judge